# United States District Court
## Southern District of Georgia

ERIC D. TAYLOR

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV204-205

JOSE VASQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 27, 2005, adopting the Report

and Recommendation of the Magistrate Judge granting Respondent's Motion to dismiss;

Judgment is hereby entered dismissing Petition.

EOD 5/27/05

| May 27, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |