IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC D. TAYLOR,

    Petitioner,

v.                                       CIVIL ACTION NO. CV204-205

JOSE VASQUEZ, Warden,

    Respondent.

## ORDER

Petitioner, an inmate at the Federal Correctional Institution in Marianna, Florida, has filed a "Motion to Request Certificate of Appealability." Petitioner seeks to appeal the dismissal of his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. As a Certificate of Appealability is not required in an appeal of a § 2241 petition, Petitioner's motion is **dismissed**.

**SO ORDERED**, this _15_ day of _June_, 2005.

                                                            JUDGE, UNITED STATES DISTRICT COURT
                                                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)